# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,              )
                                       )
           Plaintiff,                  )
                                       )
    v.                                 )   3:10-CR-092-HDM (RAM)
                                       )
JOSE DE JESUS HERNANDEZ,               )
aka SPORTY,                            )
                                       )
           Defendant.                  )

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on October 12, 2010, defendant JOSE DE JESUS HERNANDEZ, aka SPORTY pled guilty to a One - Count Criminal Indictment charging him with Possession of a Firearm by a Prohibited Person in violation of Title 18, United States Code, Section 922(g)(1).

This Court finds defendant JOSE DE JESUS HERNANDEZ, aka SPORTY agreed to the forfeiture of property set forth in Forfeiture Allegation One of the Criminal Indictment.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation One of the Criminal Indictment and the offense to which defendant JOSE DE JESUS HERNANDEZ, aka SPORTY pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

    (a)    one HiPoint, model 09, 9mm pistol, serial number P134661; and

1         (b)    any and all ammunition.

2     This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

4     NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

6     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of JOSE DE JESUS HERNANDEZ, aka SPORTY in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

10     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

16     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, United States District Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 S. Virginia St., 3rd Floor, Reno, NV 89501.

19     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

        GREG ADDINGTON
        Assistant United States Attorney
        100 West Liberty Street, Suite 600
        Reno, NV 89501

. . .

. . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 19th day of October, 2010.

*Howard D McKibben*

UNITED STATES DISTRICT JUDGE